Clerks office   6-19-2007

U.S.D.C. for district of columbia

RECEIVED
JUN 2 2 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Eric Rodney Hill 17477-016   No. 07-0874

vs.

District of Columbia Government et. al.

Honorable Judge Henry H. Kennedy Jr.

Motion for Reconsideration

The plaintiff did not receive a copy of the motion to dismiss and in plain english the defendants committed federal crimes against the United States and against Eric R. Hill.

Also Mr. Hill has two U.S. Prosecutors on audio tape talking about breaking the law and the reason was it clear why the complaint was dismissed.

What the defendants did to Eric Hill are civil rights violations and most of Mr. Hills evidence is on audio tape and he has the right to present the overwhelming physical evidence to a jury.

Eric Rodney Hill 17477-016
F.C.I. P.O. Box 33
Terre Haute, Indiana 47808